USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2234 UNITED STATES, Appellee, v. MIGUEL SANCHEZ-TORO, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Esther Castro Schmidt on brief for appellant. _____________________ Guillermo Gil, United States Attorney, Jose A. Quiles-Espinosa, _____________ ________________________ Senior Litigation Counsel, Jose Ruiz-Santiago, Assistant United States __________________ Attorney, and Nelson Perez-Sosa, Assistant United States Attorney, on _________________ brief for appellee. ____________________ July 18, 1997 ____________________ Per Curiam. Upon careful review of the record and the __________ parties' briefs, we perceive no reason to overturn the sentence enhancement imposed under U.S.S.G. 3C1.2 for reckless endangerment during flight. Defendant's conduct came within the terms of that section, in that he accelerated his car toward a government agent who had to jump aside to avoid impact. See U.S.S.G. 2A1.4 (defining "reckless"). ___ Further, the district court was not required to credit defendant's claim that he thought he was fleeing from would- be assailants, particularly as the government agents identified themselves before defendant attempted to flee. We require no additional findings on that point. See Fed. R. ___ Crim. P. 32(c)(1); U.S.S.G. 6A1.3. Finally, the district court was not disabled from making the sentence enhancement by the parties' stipulation of facts, which omitted the circumstances of defendant's flight. The district court properly based defendant's sentence on all the relevant facts, including those in the pre-sentence investigation report, which facts defendant has not denied. See U.S.S.G. 6B1.4(d). ___ Affirmed. See 1st Cir. R. 27.1. ________ ___ -2-